UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWWORK | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 18-1464 (TNM) |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) ) | |

### DEFENDANT'S MOTION TO CONTINUE DECEMBER 19, 2018 STATUS CONFERENCE

Defendant moves, pursuant to Fed. R. Civ. P. 6(b), by and through undersigned counsel, to continue the status hearing scheduled for December 19, 2018, as both Counsel and Agency Counsel are not unavailable on that day. Defendant is requesting that the hearing be moved to either January 11, 2019 or January 12, 2019. Counsel for Defendant is currently involved in substantial and extensive preparation for the following trials in January: *Crowley v. Perdue*, 16-cv-00498-APM, beginning on January 14, 2019; and *Buie v. Yang*, 13-cv-01181-ABJ, beginning on January 29, 2019.

In a previous Joint Status Report, Defendant proposed the following production schedule and advised the court:

1. Defendant proposes a production rate of 400 pages per month. In light of the fact that Defendant has been ordered to produce 300 pages per month in other FOIA litigation against this same Defendant, *see* Order, *Nat'l Student Legal Defense Network v. U.S. Dep't of Education*, No.

18-CV-01606 (Sept. 29, 2018) (FOIA response comprising approximately 36,000 pages of external records), this production rate is more than reasonable.

2. Further, while Plaintiff accurately notes that it has not received records responsive to the relevant FOIA requests filed in March, 2018, Plaintiff has itself contributed substantially to this delay. At the time of filing, Plaintiff has filed 11 FOIA complaints against Defendant, and has submitted over 50 FOIA requests to Defendant, since January 2017. The FOIA requests in litigation alone have sought well over 110,000 pages of records, primarily from the same program offices and subject matter experts. Defendant is already under production schedules obligating it to produce 800 pages of records monthly to this specific Plaintiff, in addition to unique upcoming productions of over 1000 pages in the next two months.  This backlog, and is currently in the process of upgrading its FOIA software. Nevertheless, Defendant's FOIA resources are limited.

3. Plaintiff's proposed production schedule based on documents rather than pages results in an unpredictable workload for the Defendant, since some documents may contain minimal pages and others may be voluminous. Predictable workloads are of particular concern where, as here, Defendant has significant other FOIA commitments, to this Plaintiff and other requesters.

4. Due to technical difficulties with our processing software, which have been explained in detail to Plaintiff, Defendant is unable at this time to ascertain the composition of the responsive pages, and cannot determine if the page count is, as Plaintiff speculates, comprised mainly of lengthy attachments. Further, although the FOIA requests seek external communications, the search results must still be reviewed on a page-by-page basis to determine actual responsiveness and ensure that any information exempt from disclosure under FOIA Exemptions 4 and 6 (5 U.S.C. §§552 (b)(4), (6)) is properly redacted.

Because of this request for continuance, any production of approximately 400 pages of records, with the Court's permission could be scheduled after a new proposed Order.

Plaintiff objects to this Motion to Continue the Status Hearing.  Plaintiff, however, will not be prejudiced by the Continuance.  As the court is aware, the parties have engaged in substantial and extensive discussions in this case.  Indeed, several status reports have been filed. Defendant believes that the delay will not hinder a further resolution of this case regarding production schedules.

                        Respectfully submitted,

                        JESSIE K. LIU, D.C. Bar #472845
                        United States Attorney
                        for the District of Columbia

                        DANIEL F. VAN HORN, D.C. Bar #924092
                        Chief, Civil Division

By:   */s/ Wyneva Johnson*_____
        WYNEVA JOHNSON, D.C. Bar #278515
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2518
        Wyneva.johnson@usdoj.gov