UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL STUDENT LEGAL DEFENSE NETWORK**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION**,<br><br>Defendant. | Case No. 1:18-cv-1464 (TNM) |

## ORDER

Upon consideration of the parties' [14] Joint Status Report, Defendant is hereby ordered to comply with the following production schedule:

On or before January 4, 2019, Defendant shall produce 500 pages of records responsive to Plaintiff's Freedom of Information Act ("FOIA") requests. Defendant shall subsequently produce 500 pages on or before the 4th of each month thereafter. If the 4th falls on a weekend or a holiday, then the Defendant will provide a production to Plaintiffs on the next business day. To the extent that Defendant is unable to produce 500 pages on or before January 4, 2019, it is ordered to supplement its second round of disclosures. Thus, by February 4, 2019, Defendant shall have produced 1,000 pages of records responsive to Plaintiff's FOIA requests. It is further ordered that the parties shall file a Joint Status Report on or before January 7, 2019, and the parties shall file a Joint Status Report every 60 days thereafter.

In light of this Order, the Status Conference scheduled for December 19, 2018, is hereby vacated. Thus, Defendant's [16] Motion for Extension of Time is denied as moot.

**SO ORDERED.**

Dated: December 17, 2018

TREVOR N. McFADDEN
United States District Judge