# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>U.S. DEPARTMENT OF EDUCATION, )<br><br>*Defendant*. ) | Case No. 18-cv-1464 (TNM) |

## JOINT STATUS REPORT

Before the Court is a Complaint filed by Plaintiff National Student Legal Defense Network against Defendant U.S. Department of Education (Education) pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). Compl., ECF No. 1, June 21, 2018. The two FOIA requests that form the basis of this lawsuit seek records related to Defendant's communications with Student Loan Servicers (Servicers) and the Student Loan Servicing Alliance (SLSA) largely regarding federal preemption of state regulation of Servicers. *Id.* at ¶¶ 8, 15. The parties respectfully submit this Joint Status Report:

1. On April 4, 2019, Defendant made its final production of records responsive to Plaintiff's FOIA requests. Defendant represents that it has completed production of all responsive records. Defendant has produced a total of 2,076 pages of records responsive to Plaintiff's requests.

2. On April 24, 2019, Plaintiff raised concerns regarding Defendant's application of selected redactions under FOIA Exemption 5 (which protects certain inter- or intra-agency correspondence and memoranda from disclosure, 5 U.S.C. § 552(b)(5)) to communications

between Education officials and individuals not employed by the executive branch of the federal government in an effort to resolve remaining issues in this matter without the need for summary judgment briefing.

3. Defendant initially reported that it would endeavor to respond to Plaintiff's concerns with its position by June 1, 2019. *See* Joint Status Report, May 7, 2019, ¶ 4. Defendant then reported that it would require until June 21, 2019 to respond to Plaintiff's concerns with its position. *See* Joint Status Report, June 7, 2019, ¶ 3. Defendant has not responded to Plaintiff's concerns with its position. As Defendant's counsel is retiring, Defendant will now require until July 12, 2019 to respond to Plaintiff's concerns with its position.

    a. **Plaintiff's Statement:** Plaintiff believes that Defendant's redactions under Exemption 5 are unreasonable.[1] Plaintiff has provided Defendant with a substantial explanation of its concerns with these redactions and has agreed to multiple extensions of time for Defendant to respond to those concerns. Plaintiff believes that it may be appropriate to set a schedule for summary judgment briefing in the next Joint Status Report if the parties are not able to make any progress toward resolving these contested issues.

4. The parties propose to confer regarding the contested issues in this matter and file a further Joint Status Report on or before July 18, 2019, updating the Court on the status of the parties' negotiations and making recommendations for further proceedings, including, if necessary, a proposed schedule for summary judgment briefing.

---

[1] For example, Plaintiff has pointed out that Defendant has redacted communications between Education officials and a registered lobbyist for Navient Corporation under Exemption 5.

Dated: June 27, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel A. McGrath* <br> Daniel A. McGrath, <br> D.C. Bar No. 1531723 <br><br> AMERICAN OVERSIGHT <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br> (202) 897-4213 <br> daniel.mcgrath@americanoversight.org <br><br> *Counsel for Plaintiff* | JESSIE K. LIU, <br> D.C. BAR # 472845 <br> United States Attorney <br><br> DANIEL F. VAN HORN, <br> D.C. BAR #924092 <br> Chief, Civil Division <br><br> /s/_____ <br> Wyneva Johnson <br> D.C. Bar No. 278515 <br> Assistant United States Attorney <br> District of Columbia <br> 555 Fourth St., N.W. <br> Washington, D.C. 20530 <br> (202) 252-2518 <br> wyneva.johnson@usdoj.gov <br><br> *Counsel for Defendant* |