## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, | : | |
| Plaintiff, | : | |
| | : | Civil No.: 18-cv-1464-TNM |
| v. | : | |
| | : | |
| U.S. DEPARTMENT OF EDUCATION, | : | |
| Defendant. | : | |

### JOINT STATUS REPORT

Pursuant to the Court's July 1, 2019 Order, the parties conferred and respectfully submit this Joint Status Report to apprise the Court on the progress of this Freedom of Information Act ("FOIA") matter.

The remaining issue in this case revolves around the redactions applied under claim of FOIA Exemption 5 to two groups of documents: (i) communications between the agency and Navient Corporation ("Navient documents") and (ii) communications between the agency and the law firm Ballard Spahr ("Ballard Spahr documents"). The parties recently conferred on these two groups of documents. As a result, Defendant revisited the redactions applied to the "Navient documents" and represents that it exercised its discretion to release the "Navient documents" to Plaintiff without any redactions. In an effort to resolve all remaining issues in the case, Defendant has asked Plaintiff to re-evaluate and identify with particularity the redacted "Ballard Spahr documents" that are most critical to Plaintiff. Defendant will then review those documents and confer further with Plaintiff.

The parties propose that they submit another Joint Status Report on or before August 20, 2019, informing the Court whether any issues remain to be resolved in this matter.

| | |
|---|---|
| Dated: July 18, 2019 | Respectfully submitted, |

| | |
|---|---|
| */s/ Daniel A. McGrath* | JESSIE K. LIU |
| Daniel A. McGrath, | D.C. BAR # 472845 |
| D.C. Bar No. 1531723 | United States Attorney |
| | |
| AMERICAN OVERSIGHT | DANIEL F. VAN HORN |
| 1030 15th Street NW, B255 | D.C. BAR # 924092 |
| Washington, DC 20005 | Chief, Civil Division |
| (202) 897-4213 | |
| daniel.mcgrath@americanoversight.org | By: _____//s_____ |
| | JOHN C. TRUONG |
| *Counsel for Plaintiff* | D.C. BAR #465901 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 252-2524 |
| | Fax: (202) 252-2599 |
| | E-mail: John.Truong@usdoj.gov |
| | Counsel for Defendant |