UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br>　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　Defendant. | :<br>:<br>:<br>:  Civil No.: 18-cv-1464-TNM<br>:<br>:<br>:<br>:<br>: |

## JOINT STATUS REPORT

Pursuant to the Court's July 19, 2019 Order, the parties conferred and respectfully submit this Joint Status Report to apprise the Court on the progress of this Freedom of Information Act ("FOIA") matter.

As previously reported to the Court, the remaining issue in this case revolves around the redactions applied under claim of FOIA Exemption 5 to two groups of documents: (i) communications between the agency and Navient Corporation ("Navient documents") and (ii) communications between the agency and the law firm Ballard Spahr ("Ballard Spahr documents"). Defendant revisited the redactions applied to the "Navient documents" and made a discretionary release of the "Navient documents" to Plaintiff without any redactions.

As for the "Ballard Spahr documents," the parties are discussing avenues to resolve this case informally where certain pages of those documents would be released. The agency is considering this avenue but there are legal concerns. Given that the parties are actively discussing ways to settle this case, the parties propose that they submit another Joint Status Report on or before September 20, 2019, informing the Court whether any issues remain to be resolved in this matter.

[*Signature block on the next page*]

| | |
|---|---|
| Dated: August 20, 2019 | Respectfully submitted, |

*/s/ Daniel A. McGrath*  
Daniel A. McGrath,  
D.C. Bar No. 1531723

AMERICAN OVERSIGHT  
1030 15th Street NW, B255  
Washington, DC 20005  
(202) 897-4213  
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiff*

JESSIE K. LIU  
D.C. BAR # 472845  
United States Attorney

DANIEL F. VAN HORN  
D.C. BAR # 924092  
Chief, Civil Division

By: _____//s_____  
JOHN C. TRUONG  
D.C. BAR #465901  
Assistant United States Attorney  
555 4th Street, N.W.  
Washington, D.C. 20530  
Tel: (202) 252-2524  
Fax: (202) 252-2599  
E-mail: John.Truong@usdoj.gov  
Counsel for Defendant